IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN, DIAMONIQUE FRANKLIN, and ROSIE JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>DSNO, Developmental Services of Nebraska Community Support Center; AUTISM CENTER OF NEBRASKA, OMNI BEHAVIOR, and ANGIE MITCHELL,<br><br>Defendants. | 8:19CV107<br><br>ORDER |

This matter is before the Court on the defendants' motions to dismiss, Filing Nos. 10, 11, 12, 13, 14, and 17. Those motions are directed at the plaintiffs' original pro se complaint. Plaintiffs have since filed an amended pro se complaint. Filing No. 20. Accordingly, the motions are denied as moot, without prejudice to refiling within 21 days of the date of this order.

IT IS ORDERED:

1. The defendants' motions to dismiss (Filing Nos. 10, 11, 12, 13, 14, and 17) are denied.

Dated this 26th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge