IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IRIS KITCHEN, DIAMONIQUE FRANKLIN, and ROSIE JONES, | |
|---|---|
| Plaintiffs, | 8:19CV107 |
| vs. | ORDER |
| DSNO, Developmental Services of Nebraska Community Support Center; AUTISM CENTER OF NEBRASKA, OMNI BEHAVIOR, and ANGIE MITCHELL, | |
| Defendants. | |

This matter is before the Court on pro se plaintiff's notice of appeal. Filing No. 62. The plaintiff (Iris Kitchen) paid the filing fee for this district court case. However, plaintiff failed to pay the filing fee for her appeal. Plaintiff has failed to indicate to the Court that she is unable to pay the filing fee, nor has she provided the Court will an appropriate financial affidavit. Accordingly, the Court finds the plaintiff must pay the filing fee in order to appeal her case.

Dated this 18th day of December, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge