IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN, DIAMONIQUE FRANKLIN, and ROSIE JONES, <br><br> Plaintiffs, <br><br> vs. <br><br> DSNO, Developmental Services of Nebraska Community Support Center; AUTISM CENTER OF NEBRASKA, OMNI BEHAVIOR, and ANGIE MITCHELL, <br><br> Defendants. | 8:19CV107 <br><br> **ORDER** |

This matter is before the Court pursuant to the Judgment, Filing No. 69 dismissing this case and ordering the Court to return the appeal filing fee to Iris Kitchen. Pursuant to the Judgment and Mandate, the Court hereby orders the Clerk of Court to return the appeal filing fee to Iris Kitchen.

IT IS SO ORDERED.

Dated this 23rd day of January, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge